IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY WARREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-1135-M |
| | § | |
| BANK OF AMERICA, N.A., as Successor | § | |
| by Merger to BAC Home Loans Servicing, | § | |
| L.P., formerly known as Countrywide | § | |
| Home Loans Servicing, L.P., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's First Amended Petition and Brief in Support of Same*, filed March 25, 2013 (doc. 6), is **GRANTED.** By separate judgment, all of Plaintiff's claims against Defendant will be **DISMISSED with prejudice.**

**SO ORDERED** this 27th day of December, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS