IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY WARREN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-1135-M |
| § | |
| BANK OF AMERICA, N.A., as Successor § | |
| by Merger to BAC Home Loans Servicing, § | |
| L.P., formerly known as Countrywide § | |
| Home Loans Servicing, L.P., § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **GRANTS** Plaintiff's motion for extension of time to file an appeal based on excusable neglect or good cause. Plaintiff's notice of April 29, 2014 is timely.

SO ORDERED this 22nd day of May, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS